SCWC-13-0000809

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WALTER Y. ARAKAKI, GENERAL CONTRACTOR, INC.,
A HAWAIʻI CORPORATION,
Petitioner/Plaintiff/Counterclaim Defendant/Appellant,

vs.

SCD-OLANANI CORPORATION, A HAWAIʻI CORPORATION, STANFORD S. CARR,
Respondents/Defendants/Cross-Claim Defendants/Appellees,

and

GE CAPITAL HAWAIʻI INC., A HAWAIʻI CORPORATION,
Defendant/Counterclaim Plaintiff/Cross-Claim Plaintiff/Appellee,

and

STEPHEN H. SWIFT,
Defendant/Cross-Claim Defendant/Appellee

---

GE CAPITAL HAWAIʻI, INC., A HAWAIʻI CORPORATION,
Defendant/Third-Party Plaintiff/Appellee,

vs.

STANFORD CARR DEVELOPMENT CORPORATION, A HAWAIʻI CORPORATION,
Defendant/Third-Party Defendant/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000809; CIV. NO. 99-2261-06)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ., and
Circuit Judge Trader in place of McKenna, J., recused)

Petitioner/Plaintiff/Counterclaim Defendant/Appellant

Walter Y. Arakaki, General Contractor, Inc.'s Application for

Writ of Certiorari, filed on October 1, 2014, is hereby

rejected.

DATED: Honolulu, Hawaiʻi, November 10, 2014.

Melvin Y. Agena
and Brian K. Yomono
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Rom A. Trader

